### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JOEL TREJO, Individually and as Administrator                                                          PLAINTIFFS
of the ESTATE OF SILVESTRA TREJO, and as
Next Friend of ROSA TREJO; ALONDRA TREJO;
DANIA TREJO; and MARIO TREJO

v.                                                  No. 3:10CV00285 JLH

UNION PACIFIC RAILROAD COMPANY;
ROBERT COLLINS; and JOHN DOES 1-5                                                                      DEFENDANTS

### JUDGMENT

Pursuant to the Opinion and Order entered separately today, the Court orders that this action be remanded to the Circuit Court of Craighead County, Arkansas.

IT IS SO ORDERED this 28th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE